IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**RECEIVED**

MAY 22 2012

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN

Frederick Carey
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby Co. Dept of Corr. et. AL., Minus Adams, Karen Mitchell, Sgt. Strickland, (C.E.R.T.) OFF. S. Wilson, Lt. Swanson, Sgt. Franklin, Director James E. Coleman, Captain Chambers, Sgt. Young, Mayor Mark H. Luttrell, OFF Jerry Harris, Robert Hurd, OFF. Turner, Counselor Holiday, Mr. Spears, OFF. John Doe, OFF. John Doe, OFF. John Doe, OFF. Jane Doe

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiffs: (Frederick Carey) Frederick Carey

      Defendants: STATE OF TENNESSEE

   2. Court (if federal court, name the district; if state court, name the county): WESTERN DISTRICT
   3. Docket Number: 2:11-cv-02374-JPM-dkv
   4. Name of judge to whom case was assigned: Chief Judge Jon Phipps McCalla
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending
   6. Approximate date of filing lawsuit:_____
   7. Approximate date of disposition:_____

II. Place of Present Confinement: S.C.D.C., 1045 Mullins Station Rd., Memphis, TN 38134

A. Is there a prisoner grievance procedure in the institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is Yes:
1. What steps did you take? Followed Chain of Command, wrote grievances and recieved responses with no definite answer; the Run Around!
2. What was the result? Answers always were elusive, but never a Solution!

D. If your answer is No, explain why not: _____

III. Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Frederick Carey, #90290
Address 1045 Mullins Station Rd., Memphis, Tn. 38134

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Minus Adams is employed as the Supervisor of the A4 building at 1045 Mullins Station Rd., Memphis, Tn. 38134

C. Additional Defendants: Karen Mitchell, Sgt. Strickland, (C.E.R.T.) Off. S. Wilson, Lt. Swanson, Sgt. Franklin, James E. Coleman, Mayor Mark H. Luttrell, Captain Chambers, Sgt. Young, Off. Harris, Robert Hurd, Off. John Doe, Off. John Doe, Off. John Doe, Off. Turner, Counselor Holiday, Mr. Spears, Off. Jane Doe

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

(PLEASE SEE ATTACHED SHEETS)

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(PLEASE SEE ATTACHED SHEETS)

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __17__ day of __May__, 20 _12_.

Frederick L. Caery
Frederick L. Caery
Frederick L. Caery
(Signature of Plaintiff/Plaintiffs)