# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

FREDERICK CAERY,
    Plaintiff,

v.  CASE NUMBER: 12-2389-JDT-cgc

SHELBY COUNTY, et al.,
    Defendants,

    **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 4/10/2015, The Court therefore DISMISSES the amended complaint in its entirety, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim on which relief may be granted. It is therefore CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal *in forma pauperis*. Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED. If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the United States Court of Appeals for the Sixth Circuit within thirty (30) days.

**APPROVED:**

                                                <u>s/James D. Todd</u>
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: S/MAURICE BRYSON**
**DEPUTY CLERK**